DAVID CHOZICK ET AL. *v.* TOWN COUNCIL OF WEST HARTFORD ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Valentine J. Sacco,* for the appellees (plaintiffs).

*Russell L. Post, Jr.,* for the appellants (defendants).

Argued March 5—decided March 7, 1968

HOWARD W. SESSIONS *v.* ARTHUR S. SACHS ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Hartford County is denied.

*David A. Beizer,* assistant attorney general, with whom was *F. Michael Ahern,* assistant attorney general, for the appellees (defendants).

*Howard W. Sessions,* pro se, the appellant (plaintiff).